UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. 3:18-CV-0601-B-BK |
| SAMUEL F. TALLIS, | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, the *United States' (IRS) Petition to Enforce IRS Summons*, Doc. 1, is **GRANTED** to the extent stated in the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Respondent Samuel F. Tallis is **ORDERED** to appear before IRS Revenue Officer David Dodgen or another officer of the IRS, at 1100 Commerce Street, Room 245, Dallas, Texas, 75242, on May 25, 2018, at 10:00 a.m., to testify and produce all documents and records specified in the Summons attached as Exhibit "A" to the Petition to Enforce, Doc. 1-1 at 6. All court costs are taxed against Respondent.

SO ORDERED this 11th day of May, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE